IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 09-cv-01059-PAB

ED BEERY, HOLLY CHARTIER, RHONDA ISAACSON,
TERRY KIRSCHNER, LESLIE KRONBERG, WENDY LEWIS,
STEVE RABKIN, ALAN RICHARDSON,
SHERRY SHEPARD-ROSS, and LINDA THARP,

    Plaintiffs,

v.

THE PURDUE FREDERICK COMPANY, INC. and
PURDUE PHARMA, L.P.,

    Defendants.

_____

### ORDER OF DISMISSAL WITHOUT PREJUDICE
_____

THIS MATTER comes before the Court upon the Notice of Dismissal of Claims [Docket No. 2]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims asserted therein, is dismissed without prejudice, with each party to bear its own attorneys' fees and costs.

DATED September 8, 2009.

                                                        BY THE COURT:

                                                        s/Philip A. Brimmer
                                                        PHILIP A. BRIMMER
                                                        United States District Judge